# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAUGH, TRACI M | § | Case No. 11-46831 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

  Funds were disbursed in the following amounts:

  Payments made under an interim disbursement
  Administrative expenses
  Bank service fees
  Other payments to creditors
  Non-estate funds paid to 3rd Parties
  Exemptions paid to the debtor
  Other payments to the debtor

  Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/CATHERINE STEEGE_____
                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-46831 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | WAUGH, TRACI M | | | | Date Filed (f) or Converted (c): | 11/18/11 (f) |
| | | | | | 341(a) Meeting Date: | 12/19/11 |
| For Period Ending: | 12/10/12 | | | | Claims Bar Date: | 07/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Furniture | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Clothing | 700.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Insurance through Employer | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. 401(k) Funds | 105.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wrongful Death Claim | 12,500.00 | 131,590.63 | | 131,590.63 | FA | 0.00 | 0.00 |
| 6. 2004 Nissan Maxima with 160,000 miles | 4,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $18,205.00 | $131,590.63 | | $131,590.63 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 12/01/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 11-46831 -CAD | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- |
| Case Name: | WAUGH, TRACI M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9248 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2185 | | |
| For Period Ending: | 12/10/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/12 | 5 | Levin & Perconti Client Fund Acct.<br>325 N. LaSalle Street, Suite 450<br>Chicago, IL 60654 | Settlement | 1149-000 | 119,699.65 | | 119,699.65 |
| 10/12/12 | 000301 | Traci M. Waugh<br>23000 Westwind Drive<br>Richton Park, IL 60471 | Exemption | 8100-000 | | 3,500.00 | 116,199.65 |
| 10/24/12 | 5 | Gardiner Koch Weisberg & Wrona<br>53 W. Jackson Blvd, No, 950<br>Chicago, IL 60604 | Inheritance | 1149-000 | 11,890.98 | | 128,090.63 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.50 | 128,021.13 |

|  | COLUMN TOTALS | 131,590.63 | 3,569.50 | 128,021.13 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 131,590.63 | 3,569.50 | |
| | Less: Payments to Debtors | | 3,500.00 | |
| | Net | 131,590.63 | 69.50 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account (Interest Earn - *******9248 | 131,590.63 | 69.50 | 128,021.13 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 131,590.63 | 69.50 | 128,021.13 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 131,590.63 3,569.50

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | |
|---|---|
| Case No: | 11-46831 -CAD |
| Case Name: | WAUGH, TRACI M |
| Taxpayer ID No: | *******2185 |
| For Period Ending: | 12/10/12 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9248  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - ********9248

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 10, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-46831  
Debtor Name: WAUGH, TRACI M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $2,902.45 | $2,902.45 |
| 001<br>3210-60 | Gardiner Koch Weisberg & Wrona<br>53 West Jackson Blvd., Suite 950<br>Chicago, IL  60604 | Administrative | | $0.00 | $11,890.98 | $11,890.98 |
| 000003<br>040<br>5800-00 | IRS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $2,000.00 | $2,000.00 |
| 999<br>8200-00 | TRACI M WAUGH<br>23000 WESTWIND DRIVE<br>RICHTON PARK, IL  60471 | Unsecured | | $0.00 | $0.00 | $52,654.47 |
| 000001<br>070<br>7100-00 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181<br>ATTN: BANKRUPTCY DEP. | Unsecured | | $0.00 | $2,369.47 | $2,369.47 |
| 000002<br>070<br>7100-00 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $648.66 | $648.66 |
| 000004<br>070<br>7100-00 | NICOR GAS<br>PO BOX 549<br>AURORA IL 60507 | Unsecured | | $0.00 | $570.69 | $570.69 |
| 000005<br>070<br>7100-00 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403 | Unsecured | | $0.00 | $45,975.21 | $45,975.21 |
| 000006<br>070<br>7100-00 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Unsecured | | $0.00 | $729.22 | $729.22 |
| 000007<br>070<br>7100-00 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF B-LINE, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $1,195.47 | $1,195.47 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 10, 2012 |
|---|---|---|---|---|---|---|
| Case Number: | 11-46831 | Claim Class Sequence | | | | |
| Debtor Name: | WAUGH, TRACI M | | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| | Case Totals: | | | $0.00 | $68,282.15 | $120,936.62 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-46831
Case Name: WAUGH, TRACI M
Trustee Name: CATHERINE STEEGE

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Other: Gardiner Koch Weisberg & Wrona | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | IRS | $ | $ | $ |

    Total to be paid to priority creditors    $_____

    Remaining Balance    $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY | $ | $ | $ |
| 000002 | DISCOVER BANK | $ | $ | $ |
| 000004 | NICOR GAS | $ | $ | $ |
| 000005 | US DEPT OF EDUCATION | $ | $ | $ |
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS | $ | $ | $ |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $       . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $          .