# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| WAUGH, TRACI M | § | Case No. 11-46831 CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 1/9/13 in Courtroom 742, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2012                                    By: CLERK OF THE U.S. BANKRUPTCY
                                                                                 COURT

CATHERINE STEEGE
353 N. Clark Street
CHICAGO, IL 60654-3456

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                            §
                                  §
                                  §
WAUGH, TRACI M                    §     Case No. 11-46831 CAD
                                  §
        Debtor(s)                 §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 131,590.63 |
| and approved disbursements of | $ | 3,569.50 |
| leaving a balance on hand of[1] | $ | 128,021.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: CATHERINE STEEGE | $ 7,021.81 | $ 0.00 | $ 7,021.81 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 2,902.00 | $ 0.00 | $ 2,902.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 0.45 | $ 0.00 | $ 0.45 |
| Other: Gardiner Koch Weisberg & Wrona | $ 11,890.98 | $ 0.00 | $ 11,890.98 |
| Total to be paid for chapter 7 administrative expenses | | | $ 21,815.24 |
| Remaining Balance | | | $ 106,205.89 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,000.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | IRS CENTRALIZED INSOLVENCY OPERATIONS PO BOX 7346 PHILADELPHIA, PA 19101-7346 | $ 2,000.00 | $ 0.00 | $ 2,000.00 |
| | Total to be paid to priority creditors | | | $ 2,000.00 |
| | Remaining Balance | | | $ 104,205.89 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,488.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | COMMONWEALTH EDISON COMPANY 3 LINCOLN CENTRE OAKBROOK TERRACE, IL 60181 ATTN: BANKRUPTCY DEP. | $ 2,369.47 | $ 0.00 | $ 2,369.47 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | DISCOVER BANK DB SERVICING CORPORATION PO BOX 3025 NEW ALBANY, OH 43054-3025 | $ 648.66 | $ 0.00 | $ 648.66 |
| 000004 | NICOR GAS PO BOX 549 AURORA IL 60507 | $ 570.69 | $ 0.00 | $ 570.69 |
| 000005 | US DEPT OF EDUCATION PO BOX 5609 GREENVILLE, TX 75403 | $ 45,975.21 | $ 0.00 | $ 45,975.21 |
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM RESURGENT CAPITAL SERVICES PO BOX 10587 GREENVILLE, SC 29603-0587 | $ 729.22 | $ 0.00 | $ 729.22 |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF B-LINE, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | $ 1,195.47 | $ 0.00 | $ 1,195.47 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 51,488.72 |
| Remaining Balance | $ 52,717.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.1 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 62.70 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 52,654.47 .

Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 11-46831-CAD
Traci M Waugh                                                          Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mgonzalez          Page 1 of 3          Date Rcvd: Dec 13, 2012
                              Form ID: pdf006          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2012.

```
db         +Traci M Waugh,    23000 Westwind Drive,    Richton Park, IL 60471-2550
18071376    A Alliance Collection,    4180 Rfd Route 83 Ste 20,    Long Grove, IL 60047
18071377    ADT Security Services,    PO Box 650485,    Dallas, TX 75265-0485
18071381   +AT&T,   PO Box 769,    Arlington, TX 76004-0769
18071382   +AT&T Broadband,    13355 Noel Road, 21st Floor,    PO Box 802068,    Dallas, TX 75380-2068
18071383   +AT&T Wireless,    5407 Andrews Highway,    Midland, TX 79706-2851
18071378   +Americash Loans,    3200 W. 159th St.,    Markham, IL 60428-4056
18071379    Americash Loans, LLC,    PO Box 187,    Des Plaines, IL 60016-0187
18071384   +Bank of America,    100 North Broadway,    Saint Louis, MO 63102-2728
18071385   +Beneficial/HFC,    961 N. Weigel Ave.,    Elmhurst, IL 60126-1029
18071386   +Blitt and Gaines, PC,    661 Glenn Ave.,    Wheeling, IL 60090-6017
18071387   +Cbe Group,    Po Box 900,    Waterloo, IA 50704-0900
18071388   +Charter One Bank,    1 Citizens Drive,    Riverside, RI 02915-3019
18071389   +Citibank,    Attn: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
18071390   +Citibank,    830 Stillwater Dr,    West Sacramento, CA 95605-1630
18071392    DirecTv,    PO Box 9001069,    Louisville, KY 40290-1069
18071395   +ER Solutions,    800 SW 39th St.,    Renton, WA 98057-4975
18071396   +ER Solutions, Inc.,    PO Box 9004,    Renton, WA 98057-9004
18071397   +First Midwest,    3800 Rock Creek Blvd,    Joliet, IL 60431-7939
18071398   +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
18071399   +Freedman Anselmo Lindberg & Rappe,    1807 W. Diehl,    Suite 333,    Naperville, IL 60563-1890
18071400   +Harris & Harris, LTD,    222 Merchandise Mart Plaza,    Suite 1900,    Chicago, IL 60654-1421
18071402   +Illinois Title Loans, Inc.,    1645 Western Ave,    Chicago Heights, IL 60411-3149
18071409   +Professnl Acct Mgmt In,    Pam Po Box 391,    Milwaukee, WI 53201-0391
18071411   +Scotss Lawn Care,    1030 International Parkway,    Woodridge, IL 60517-4924
18071412   +Torres Credit Services, Inc.,    27 Fairview St.,    PO Box 189,    Carlisle, PA 17013-0189
18071413   +TruGreen Lawn Care,    13520 S. Kenton Ave.,    Crestwood, IL 60445-1958
18071414   +United Debt Holdings,    4833 Front St., Unit B,    Castle Rock, CO 80104-7901
18071415   +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18071380   +E-mail/Text: RBALTAZAR@ARMORSYS.COM Dec 14 2012 02:35:35      Armor Systems Co,   1700 Kiefer Dr,
             Zion, IL 60099-5105
18071391   +E-mail/Text: legalcollections@comed.com Dec 14 2012 02:34:50      ComEd Co.,   Bankruptcy Dept.,
             PO Box 805379,   Chicago, IL 60680-4179
18541966   +E-mail/Text: legalcollections@comed.com Dec 14 2012 02:34:50      Commonwealth Edison Company,
             3 Lincoln Centre,   Oakbrook Terrace, Il 60181-4204,    Attn: Bankruptcy Dep.
18842704    E-mail/PDF: mrdiscen@discoverfinancial.com Dec 14 2012 02:20:56      Discover Bank,
             DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18071393   +E-mail/PDF: mrdiscen@discoverfinancial.com Dec 14 2012 02:20:56      Discover Fin,
             Attention: Bankruptcy Department,    Po Box 3025,   New Albany, OH 43054-3025
18071394   +E-mail/Text: bknotice@erccollections.com Dec 14 2012 04:33:57      Enhanced Recovery Corp,
             Attention: Client Services,    8014 Bayberry Rd,   Jacksonville, FL 32256-7412
18071401   +E-mail/Text: dmurray@hillcrestdavidson.com Dec 14 2012 04:15:03      Hillcrest Davidson & A,
             850 N Dorothy Dr Ste 512,   Richardson, TX 75081-2794
18071403    E-mail/Text: cio.bncmail@irs.gov Dec 14 2012 02:29:52      IRS,
             Centralized Insolvency Operations,    PO Box 7346,   Philadelphia, PA 19101-7346
19142371    E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2012 02:31:09
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM,
             Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
18071404   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2012 02:31:09      Lvnv Funding Llc,
             P.o. Box 10584,   Greenville, SC 29603-0584
18071405   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2012 02:32:27      Midland Credit Mgmt In,
             8875 Aero Dr,   San Diego, CA 92123-2255
18071406    E-mail/Text: mmrgbk@miramedrm.com Dec 14 2012 04:23:13      MiraMed Revenue Group,
             991 Oak Creek Drive,   Lombard, IL 60148-6408
18071407   +E-mail/Text: bankrup@nicor.com Dec 14 2012 02:06:32      Nicor Gas,
             Attention: Bankruptcy Department,    Po Box 190,   Aurora, IL 60507-0190
18870825   +E-mail/Text: bankrup@nicor.com Dec 14 2012 02:06:32      Nicor Gas,   Po box 549,
             Aurora il 60507-0549
18071408   +E-mail/Text: rayres@nicor.com Dec 14 2012 02:41:58      Nicor Services,   PO Box 3042,
             Naperville, IL 60566-7042
19172299   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 14 2012 02:31:09
             PYOD, LLC its successors and assigns as assignee,    of B-Line, LLC,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
18071410   +E-mail/Text: rjm@ebn.phinsolutions.com Dec 14 2012 02:32:15      Rjm Acq Llc,
             575 Underhill Blvd Suite 224,    Syosset, NY 11791-3416
                                                                                               TOTAL: 17
```

```
District/off: 0752-1              User: mgonzalez            Page 2 of 3              Date Rcvd: Dec 13, 2012
                                  Form ID: pdf006           Total Noticed: 46

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Jenner & Block
                                                                                      TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 15, 2012**            **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez            Page 3 of 3              Date Rcvd: Dec 13, 2012
                              Form ID: pdf006            Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 10, 2012 at the address(es) listed below:
          Angie S Lee   on behalf of Debtor Traci M Waugh aleelawecf@yahoo.com
          Catherine L Steege, ESQ   on behalf of Trustee Catherine L. Steege, ESQ csteege@jenner.com,
           docketing@jenner.com;mmatlock@jenner.com
          Catherine L. Steege, ESQ   csteege@jenner.com,   csteege@ecf.epiqsystems.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                         TOTAL: 4