UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
WAUGH, TRACI M § Case No. 11-46831
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/CATHERINE STEEGE_____
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Traci M. Waugh |  |  |  |
| TRACI M WAUGH |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| GARDINER KOCH WEISBERG & WRONA | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS Centralized Insolvency Operations PO Box 7346 Philadelphia, PA 19101-7346 | | | | | |
| 000003 | IRS | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Alliance Collection 4180 Rfd Route 83 Ste 20 Long Grove, IL 60047 | | | | | |
| | ADT Security Services PO Box 650485 Dallas, TX 75265-0485 | | | | | |
| | AT&T Broadband 13355 Noel Road, 21st Floor PO Box 802068 Dallas, TX 75380 | | | | | |
| | AT&T PO Box 769 Arlington, TX 76004 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Wireless 5407 Andrews Highway Midland, TX 79706 | | | | | |
| | Americash Loans 3200 W. 159th St. Markham, IL 60426 | | | | | |
| | Americash Loans, LLC PO Box 187 Des Plaines, IL 60016-0187 | | | | | |
| | Armor Systems Co 1700 Kiefer Dr Zion, IL 60099 | | | | | |
| | Bank of America 100 North Broadway Saint Louis, MO 63102 | | | | | |
| | Beneficial/HFC 961 N. Weigel Ave. Elmhurst, IL 60126-1058 | | | | | |
| | Blitt and Gaines, PC 661 Glenn Ave. Wheeling, IL 60090 | | | | | |
| | Cbe Group Po Box 900 Waterloo, IA 50704 | | | | | |
| | Charter One Bank 1 Citizens Drive Riverside, RI 02915 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank 830 Stillwater Dr West Sacramento, CA 95605 | | | | | |
| | Citibank Attn: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | ComEd Co. Bankruptcy Dept. PO Box 805379 Chicago, IL 60680 | | | | | |
| | DirecTv PO Box 9001069 Louisville, KY 40290-1069 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |
| | ER Solutions 800 SW 39th St. Renton, WA 98057 | | | | | |
| | ER Solutions, Inc. PO Box 9004 Renton, WA 98057 | | | | | |
| | Enhanced Recovery Corp Attention: Client Services 8014 Bayberry Rd Jacksonville, FL 32256 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest 3800 Rock Creek Blvd Joliet, IL 60431 | | | | | |
| | First Premier Bank 601 S Minnesota Ave Sioux Falls, SD 57104 | | | | | |
| | Freedman Anselmo Lindberg & Rappe 1807 W. Diehl Suite 333 Naperville, IL 60566 | | | | | |
| | Harris & Harris, LTD 222 Merchandise Mart Plaza Suite 1900 Chicago, IL 60654 | | | | | |
| | Hillcrest Davidson & A 850 N Dorothy Dr Ste 512 Richardson, TX 75081 | | | | | |
| | Lvnv Funding Llc P.o. Box 10584 Greenville, SC 29603 | | | | | |
| | Midland Credit Mgmt In 8875 Aero Dr San Diego, CA 92123 | | | | | |
| | MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148-6408 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nicor Gas Attention: Bankruptcy Department Po Box 190 Aurora, IL 60507 | | | | | |
| | Nicor Services PO Box 3042 Naperville, IL 60566 | | | | | |
| | Professnl Acct Mgmt In Pam Po Box 391 Milwaukee, WI 53201 | | | | | |
| | Rjm Acq Llc 575 Underhill Blvd Suite 224 Syosset, NY 11791 | | | | | |
| | Scotss Lawn Care 1030 International Parkway Woodridge, IL 60517 | | | | | |
| | Torres Credit Services, Inc. 27 Fairview St. PO Box 189 Carlisle, PA 17015-3121 | | | | | |
| | TruGreen Lawn Care 13520 S. Kenton Ave. Crestwood, IL 60445 | | | | | |
| | United Debt Holdings 4833 Front St., Unit B Castle Rock, CO 80104 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | | | | |
| 000001 | COMMONWEALTH EDISON COMPANY | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000006 | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| 000004 | NICOR GAS | | | | | |
| 000007 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005 | US DEPT OF EDUCATION | | | | | |
| | COMMONWEALTH EDISON COMPANY | | | | | |
| | DISCOVER BANK | | | | | |
| | IRS | | | | | |
| | LVNV FUNDING, LLC ITS SUCCESSORS AN | | | | | |
| | NICOR GAS | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-46831 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | CATHERINE STEEGE |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WAUGH, TRACI M | | | Date Filed (f) or Converted (c): | 11/18/11 (f) |
| | | | | 341(a) Meeting Date: | 12/19/11 |
| For Period Ending: 03/11/13 | | | | Claims Bar Date: | 07/25/12 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Furniture | 500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. Clothing | 700.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Insurance through Employer | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. 401(k) Funds | 105.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Wrongful Death Claim | 12,500.00 | 131,590.63 | | 131,590.63 | FA | 0.00 | 0.00 |
| 6. 2004 Nissan Maxima with 160,000 miles | 4,400.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $18,205.00 | $131,590.63 | | $131,590.63 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $0.00 | $0.00 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/01/12    Current Projected Date of Final Report (TFR): 12/01/12

LFORM1EX

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

Ver: 17.01

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-46831 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | WAUGH, TRACI M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9248 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2185 | | |
| For Period Ending: | 03/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/12 | 5 | Levin & Perconti Client Fund Acct.<br>325 N. LaSalle Street, Suite 450<br>Chicago, IL 60654 | Settlement | 1149-000 | 119,699.65 | | 119,699.65 |
| 10/12/12 | 000301 | Traci M. Waugh<br>23000 Westwind Drive<br>Richton Park, IL 60471 | Exemption | 8100-000 | | 3,500.00 | 116,199.65 |
| 10/24/12 | 5 | Gardiner Koch Weisberg & Wrona<br>53 W. Jackson Blvd, No, 950<br>Chicago, IL 60604 | Inheritance | 1149-000 | 11,890.98 | | 128,090.63 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.50 | 128,021.13 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 78.92 | 127,942.21 |
| 01/09/13 | 000302 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Chapter 7 Compensation/Expense | 2100-000 | | 7,021.81 | 120,920.40 |
| 01/09/13 | 000303 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456<br><br>Fees  2,902.00<br>Expenses  0.45 | Attorney for Trustee Fees (Trustee<br><br><br><br>3110-000<br>3120-000 | | | 2,902.45 | 118,017.95 |
| | | | Page Subtotals | | 131,590.63 | 13,572.68 | |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-46831 -CAD | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | WAUGH, TRACI M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9248 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2185 | | |
| For Period Ending: | 03/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/09/13 | 000304 | Gardiner Koch Weisberg & Wrona<br>53 West Jackson Blvd., Suite 950<br>Chicago, IL 60604 | Special Counsel for Trustee Fees | 3210-600 | | 11,890.98 | 106,126.97 |
| 01/09/13 | 000305 | IRS<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346<br><br>Claim  2,000.00<br>Interest  2.34 | FINAL DISTRIBUTION - Claim 000003<br><br><br><br><br>5800-000<br>7990-000 | | | 2,002.34 | 104,124.63 |
| 01/09/13 | 000306 | COMMONWEALTH EDISON COMPANY<br>3 LINCOLN CENTRE<br>OAKBROOK TERRACE, IL 60181<br>ATTN: BANKRUPTCY DEP.<br><br>Claim  2,369.47<br>Interest  2.77 | FINAL DISTRIBUTION - Claim 000001<br><br><br><br><br>7100-000<br>7990-000 | | | 2,372.24 | 101,752.39 |
| 01/09/13 | 000307 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025<br><br>Claim  648.66<br>Interest  0.76 | FINAL DISTRIBUTION - Claim 000002<br><br><br><br><br>7100-000<br>7990-000 | | | 649.42 | 101,102.97 |
| 01/09/13 | 000308 | NICOR GAS<br>PO BOX 549<br>AURORA IL 60507<br><br>Claim  570.69 | FINAL DISTRIBUTION - Claim 000004<br><br><br><br>7100-000 | | | 571.36 | 100,531.61 |

Page Subtotals     0.00     17,486.34

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 11-46831 -CAD | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | WAUGH, TRACI M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9248  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2185 | | | |
| For Period Ending: | 03/11/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest             0.67 | 7990-000 | | | |
| 01/09/13 | 000309 | US DEPT OF EDUCATION<br>PO BOX 5609<br>GREENVILLE, TX 75403 | FINAL DISTRIBUTION - Claim 000005 | | | 46,028.97 | 54,502.64 |
| | | | Claim            45,975.21 | 7100-000 | | | |
| | | | Interest             53.76 | 7990-000 | | | |
| 01/09/13 | 000310 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS AS<br>ASSIGNEE OF FNBM<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | FINAL DISTRIBUTION - Claim 000006 | | | 730.07 | 53,772.57 |
| | | | Claim              729.22 | 7100-000 | | | |
| | | | Interest              0.85 | 7990-000 | | | |
| 01/09/13 | 000311 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF B-LINE, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | FINAL DISTRIBUTION - Claim 000007 | | | 1,196.87 | 52,575.70 |
| | | | Claim            1,195.47 | 7100-000 | | | |
| | | | Interest              1.40 | 7990-000 | | | |
| 01/09/13 | 000312 | TRACI M WAUGH<br>23000 WESTWIND DRIVE<br>RICHTON PARK, IL  60471 | Surplus Funds | 8200-002 | | 52,575.70 | 0.00 |
| | | | Page Subtotals | | 0.00 | 100,531.61 | |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-46831 -CAD | Trustee Name: | CATHERINE STEEGE |
| Case Name: | WAUGH, TRACI M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9248 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2185 | | |
| For Period Ending: | 03/11/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 131,590.63 | 131,590.63 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 131,590.63 | 131,590.63 | |
| Less: Payments to Debtors | | 56,075.70 | |
| Net | 131,590.63 | 75,514.93 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******9248 | 131,590.63 | 75,514.93 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 131,590.63 | 75,514.93 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*